**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 8/6/2026
I hereby order that Defendant's guilty plea entered on April 15, 2024 is withdrawn, and the sentence the Court imposed on July 24, 2024 is vacated.

August 5, 2026

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Lepido Ramirez Rodriguez*, 23 Cr. 363 (VSB)**

Dear Judge Broderick:

The Government respectfully requests a 30-day adjournment of the control date in this matter, which is currently scheduled for August 14, 2026. The Government further requests that the Court exclude time under the Speedy Trial Act through the date of any rescheduled control date, as the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial while the defendant's motion to dismiss is pending. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(1)(D).

The Government also respectfully requests that the Court issue an order withdrawing the guilty plea that the defendant entered on April 15, 2024, and vacating the sentence that the Court imposed on July 24, 2024, as stated on the record during the conference held on March 31, 2026. The basis for this request is that, absent a written order, the U.S. Bureau of Prisons (the "BOP") and the U.S. Marshals Service cannot update their records to correctly reflect the defendant's status as a pre-trial detainee, as opposed to a BOP inmate.

The defendant consents to each of the above requests through counsel.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
Jerry J. Fang
Assistant United States Attorney
(212) 637-2584

Cc: Kristoff I. Williams, Esq. (by ECF and email)