**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 17, 2026

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 09/18/2026

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Lepido Ramirez Rodriguez*, 23 Cr. 363 (VSB)**

Dear Judge Broderick:

The Government respectfully writes on behalf of the parties regarding the sentencing of defendant Lepido Ramirez Rodriguez, which is scheduled for October 16, 2026. The parties respectfully propose the following schedule for filing of sentencing submissions:

- Defendant's sentencing submission to be filed by October 9, 2026
- Government's sentencing submission to be filed by October 13, 2026

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
Jerry J. Fang
Assistant United States Attorney
(212) 637-2584

Cc: Kristoff I. Williams, Esq. (by ECF and email)